FILED
U.S. District Court
District of Kansas
11/05/2026
Clerk, U.S. District Court
By: KGS Deputy Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

**EMARI DION WALLACE,**

**Plaintiff,**

**v.** **CASE NO. 26-3367-JWL**

**CITY OF WICHITA, et al.,**

**Defendants.**

# MEMORANDUM AND ORDER

Plaintiff filed this pro se civil rights case under 42 U.S.C. § 1983. Plaintiff is in custody at the Sedgwick County Detention Center in Wichita, Kansas. On September 29, 2026, the Court issued a notice of deficiency (Doc. 4) ("NOD") ordering Plaintiff to submit his motion for leave to proceed in forma pauperis on the Court-approved form and to provide the financial information required by 28 U.S.C. § 1915(a)(2). The NOD provides that the failure to comply by October 29, 2026, may result in the dismissal of this matter without further notice. *Id.* at 2. Plaintiff has not filed a response as of the date of this Order.

Rule 41(b) of the Federal Rules of Civil Procedure "authorizes a district court, upon a defendant's motion, to order the dismissal of an action for failure to prosecute or for failure to comply with the Federal Rules of Civil Procedure or 'a court order.'" *Young v. United States*, 316 F. App'x 764, 771 (10th Cir. 2009) (citing Fed. R. Civ. P. 41(b)). "This rule has been interpreted as permitting district courts to dismiss actions *sua sponte* when one of these conditions is met." *Id.* (citing *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630–31 (1962); *Olsen v. Mapes*, 333 F.3d 1199, 1204 n.3 (10th Cir. 2003)). "In addition, it is well established in this circuit that a district court is

not obligated to follow any particular procedures when dismissing an action *without prejudice* under Rule 41(b)." *Young*, 316 F. App'x at 771–72 (citations omitted).

Plaintiff has failed to comply with the NOD by the Court's deadline. Therefore, Plaintiff's Complaint is dismissed without prejudice pursuant to Rule 41(b).

**IT IS THEREFORE ORDERED** that this matter is **dismissed without prejudice** pursuant to Fed. R. Civ. P. 41(b).

**IT IS FURTHER ORDERED** that Plaintiff's motion for leave to proceed in forma pauperis (Doc. 2) is **denied.**

**IT IS SO ORDERED**.

**Dated November 5, 2026, in Kansas City, Kansas.**

**S/ John W. Lungstrum**
**JOHN W. LUNGSTRUM**
**UNITED STATES DISTRICT JUDGE**